UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF GEORGIA

NEWNAN DIVISION

| | | |
|---|---|---|
| R. ALEXANDER ACOSTA, | ) | |
| Secretary of Labor, | ) | |
| United States Department of Labor, | ) | FILE NO. |
| | ) | |
| Plaintiff, | ) | 3:18-cv-00042-TCB |
| | ) | |
| v. | ) | |
| | ) | |
| LEAVITT F. SANDERS, | ) | |
| | ) | |
| Defendant. | ) | |

## MOTION TO APPROVE CONSENT JUDGMENT AND ORDER

The Secretary of Labor, United States Department of Labor ("the Secretary") respectfully requests that the Court enter the proposed Consent Judgment and Order ("Proposed Order") attached hereto as Exhibit A.

The Proposed Order resolves all issues between the Secretary and Defendant Leavitt F. Sanders. The Secretary and Defendant have indicated their agreement by signing the Proposed Order.

WHEREFORE, the Secretary requests that his motion be granted.

|  |  |
|---|---|
|  | Respectfully submitted, |
| ADDRESS: | KATE S. O'SCANNLAIN<br>Solicitor of Labor |
| Office of the Solicitor<br>U. S. Department of Labor<br>61 Forsyth Street, S.W.<br>Room 7T10<br>Atlanta, GA  30303 | STANLEY E. KEEN<br>Regional Solicitor<br><br>ROBERT M. LEWIS, JR.<br>Counsel |
| Telephone:<br> (404) 302-5435<br> (404) 302-5438 (FAX) | By: */s/Jeremy K. Fisher*<br>       JEREMY K. FISHER<br>       Senior Trial Attorney<br>       GA Bar No. 132008 |
|  | Office of the Solicitor<br>U. S. Department of Labor<br>Attorneys for Plaintiff |

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF GEORGIA

NEWNAN DIVISION

| | | |
|---|---|---|
| R. ALEXANDER ACOSTA, | ) | |
| Secretary of Labor, | ) | |
| United States Department of Labor, | ) | FILE NO. |
| | ) | |
| Plaintiff, | ) | 3:18-cv-00042-TCB |
| | ) | |
| v. | ) | |
| | ) | |
| LEAVITT F. SANDERS, | ) | |
| | ) | |
| Defendant. | ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on May 1, 2018, I electronically filed a Motion to Approve Consent Judgment and Order with the Clerk of Court using the CM/ECF system, and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participant:

> Leavitt F. Sanders
> 1227 Rockbridge Road
> Suite 208-95
> Stone Mountain, GA 30087-3040

2

        /s/ Jeremy K. Fisher
          JEREMY K. FISHER
          Senior Trial Attorney
          GA Bar No. 132008

Office of the Solicitor
U.S. Department of Labor
61 Forsyth Street, S.W.
Suite 7T10
Atlanta, GA  30303
(404) 302-5489
(404) 302-5438 (FAX)
fisher.jeremy.k@dol.gov
ATL.FEDCOURT@dol.gov

2