UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF GEORGIA

NEWNAN DIVISION

| | |
|---|---|
| R. ALEXANDER ACOSTA,<br>Secretary of Labor,<br>United States Department of Labor,<br><br>Plaintiff,<br><br>v.<br><br>LEAVITT F. SANDERS,<br><br>Defendant. | FILE NO.<br><br>3:18-cv-00042-TCB |

## CONSENT JUDGMENT AND ORDER

Plaintiff, Secretary of Labor, United States Department of Labor, (the "Secretary") pursuant to his authority under §§ 502(a)(2) and 502(a)(5), 29 U.S.C. §§ 1132(a)(2) and 1132(a)(5), of the Employee Retirement Income Security Act of 1974, as amended, 29 U.S.C. § 1001 et seq., ("ERISA") has filed a Complaint against Defendant Leavitt F. Sanders. Defendant and the Secretary have agreed to resolve all matters in controversy in this action and said parties do now consent to entry of a Judgment and Order by this Court in accordance herewith.

A. The Secretary's Complaint alleges that Defendant breached his fiduciary duty with respect to the Castone Corporation Profit Sharing Plan (the

1

"Plan") by violating provisions of Sections 404(a)(1)(A) and 404(a)(1)(B) of ERISA, 29 U.S.C. § 1104(a)(1)(A) and 29 U.S.C. § 1104(a)(1)(B), as set forth in the Complaint.

B. Defendant hereby admits to the jurisdiction of the Court over him and over the subject matter of this action. Defendant admits that this Court has the authority to enforce this Order and that this Court is the most appropriate venue for any enforcement action which may be required as a result of this Order.

C. Defendant expressly waives any and all claims of whatsoever nature that he has or may have against the Secretary, or any of his officers, agents, employees, or representatives, arising out of or in connection with the filing, prosecution, and maintenance of this civil action or any other proceeding and investigation incident thereto.

D. This Order represents a complete settlement of all the Secretary's claims asserted in this action against Defendant. This Order is not binding upon any government agency other than the U.S. Department of Labor, and only resolves claims arising out of this action as between the Secretary and Defendant.

E. The Secretary and Defendant expressly waive Findings of Fact

and Conclusions of Law, except as otherwise set forth and addressed herein, and consent to the entry of this Order as a full and complete resolution of all claims and issues which were, or might have been, alleged in this action without trial or adjudication of any issue of fact or law raised in the Complaint.

Accordingly, it is ORDERED ADJUDGED AND DECREED that:

1. The Court has jurisdiction over the parties to this Order and the subject matter of this action and is empowered to provide the relief herein.

2. Defendant, his agents, servants, employees and all persons in active concert or participation with him, is and are hereby permanently enjoined and restrained from violating the provisions of Title I of ERISA.

3. Defendant is hereby permanently enjoined and restrained from serving as a fiduciary, investment advisor, or service provider to any ERISA-covered Plan.

4. This Consent Judgment resolves all claims of Plaintiff's Complaint with the following exceptions:

   a. This Judgment does not affect or bind any governmental agency other than the United States Department of Labor.

   b. This Court retains jurisdiction for purposes of enforcing compliance with the terms of this Consent Order and Judgment.

5. Each party shall bear its own costs and expenses, including attorneys' fees, arising in connection with any stage of the above-referenced proceeding including but not limited to, attorney's fees which may be available under the Equal Access to Justice Act, as amended.

This 7th day of May, 2018.

_____
UNITED STATES DISTRICT JUDGE

Defendant moves for entry of the foregoing Judgment:

By: _____
LEAVITT F. SANDERS
Defendant

Plaintiff moves for entry of the foregoing Judgment:

KATE S. O'SCANNLAIN
Solicitor of Labor

STANLEY E. KEEN
Regional Solicitor

ROBERT M. LEWIS
Counsel

By: _____
JEREMY K. FISHER
Senior Trial Attorney

Office of the Solicitor
U.S. Department of Labor
61 Forsyth Street, S.W.
Room 7T10
Atlanta, GA  30303
(404) 302-5435
(404) 302-5438 (FAX)

Attorneys for Plaintiff